# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 5, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134967(67)


PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

MICHAEL J. BORGNE,
      Defendant-Appellee.

_____

SC: 134967
COA: 269572
Wayne CC: 05-000173-01


      On order of the Chief Justice, the motion by plaintiff-appellant for extension to July 8, 2008 of the time for filing their brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2008

_____
Clerk